United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RANDHIR RAM,

Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

Defendant.

Case No. 26-cv-07984-TLT

**ORDER GRANTING STIPULATION TO REMAND TO STATE COURT**

Alameda County Superior Court Case No. 25CV149257

Re: Dkt. No. 7

Pursuant to the stipulation set forth above, it is hereby ordered that this action is hereby remanded to the Superior Court of California, in and for the County of Contra Costa, with all future proceedings to be carried out in Alameda County Superior Court Case No. 25CV149257. The Parties shall bear their own costs and attorney's fees.

Subsequent to transfer, the Clerk of the Court is ordered to close and terminate the case.

IT IS SO ORDERED.

Dated: August 19, 2026

TRINA L. THOMPSON
United States District Judge